

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/10/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

DUNCAN E. HICKS                          CIVIL ACTION NO. 3:11-cv-0125
    LA. DOC #402402
VERSUS                                   SECTION P

                                 JUDGE ROBERT G. JAMES

TIM WILKINSON, WARDEN                     MAGISTRATE JUDGE KAREN L. HAYES

### <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this ___10___ day of ___March_____, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE